ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 0 7 2023

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Indictment |
| SOURIVAHN ED PHONTHEPSONE AND LUCIA MARTINEZ-SOLIS | No. 1:23CR-357 |

THE GRAND JURY CHARGES THAT:

### Count One

Beginning on a date unknown, but at least by on or about August 25, 2023, and continuing until on or about October 11, 2023, in the Northern District of Georgia and elsewhere, the defendants, SOURIVAHN ED PHONTHEPSONE and LUCIA MARTINEZ-SOLIS, and others unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with one another, to violate Title 18, United States Code, Section 922(a)(1)(A), that is, to willfully engage in the business of dealing in firearms without being a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code.

### Overt Acts

In furtherance of the conspiracy and to accomplish its objectives, the defendants, SOURIVAHN ED PHONTHEPSONE and LUCIA MARTINEZ-SOLIS, and others unknown to the Grand Jury, committed, and caused to be committed, at least one of the following overt acts:

1. On or about September 5, 2023, defendant MARTINEZ-SOLIS facilitated at least one telephone call between defendant PHONTHEPSONE and another individual (hereinafter referred to as Person 1) to discuss arranging a firearms trafficking deal where firearms would be purchased in the United States and unlawfully transported to and resold in Canada.

2. On or about September 5, 2023, defendant MARTINEZ-SOLIS sent Person 1 a WhatsApp message with a list of types of semiautomatic firearms that defendant PHONTHEPSONE was seeking to acquire.

3. On or about September 7, 2023, defendant MARTINEZ-SOLIS facilitated at least one telephone call between defendant PHONTHEPSONE and Person 1 to discuss arranging the firearms trafficking deal.

4. On or about September 20, 2023, defendant PHONTHEPSONE flew from Toronto, Canada to Dallas, Texas for the purpose of an in-person meeting with Person 1 to discuss the firearms trafficking deal.

5. On or about September 21, 2023, defendant PHONTHEPSONE met with Person 1 and an undercover federal agent (hereinafter referred to as Person 2) at a restaurant in Grand Prairie, Texas, where defendant PHONTHEPSONE paid $1,000 USD as a deposit or down payment for the firearms trafficking deal.

6. On or about October 6, 2023, defendant PHONTHEPSONE flew from Toronto, Canada to Atlanta, Georgia to conduct the firearms trafficking deal.

7. On or about October 8, 2023, defendant PHONTHEPSONE texted Person 2 a photograph of United States currency that he planned to use to pay for the firearms.

8. On or about October 11, 2023, defendant PHONTHEPSONE met with Person 2, paid Person 2 approximately $40,000 USD, and received fifty (50) semiautomatic firearms.

All in violation of Title 18, United States Code, Section 371.

## Count Two

Beginning on a date unknown, but at least by on or about August 25, 2023, and continuing until on or about October 11, 2023, in the Northern District of Georgia and elsewhere, the defendants, SOURIVAHN ED PHONTHEPSONE and LUCIA MARTINEZ-SOLIS, and others unknown to the Grand Jury, did knowingly conspire and agree with each other and other persons unknown to the Grand Jury to ship, transport, transfer, cause to be transported, and otherwise dispose of at least one firearm to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in Title 18, United States Code, Section 932(a)), in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

## Count Three

Beginning on a date unknown, but at least by on or about August 25, 2023, and continuing until on or about October 11, 2023, in the Northern District of

3

Georgia and elsewhere, the defendant, SOURIVAHN ED PHONTHEPSONE, aided and abetted by the defendant, LUCIA MARTINEZ-SOLIS, did fraudulently and knowingly receive, conceal, buy, and in any manner facilitate the transportation and concealment of any merchandise, article, and object prior to exportation, to wit, semi-automatic firearms, knowing the same to be intended for exportation contrary to a law and regulation of the United States, in violation of Title 18, United States Code, Section 554(a) and Section 2.

### Count Four

Beginning on or about October 6, 2023, and continuing until on or about October 11, 2023, in the Northern District of Georgia and elsewhere, the defendant, SOURIVAHN ED PHONTHEPSONE, did travel from Canada to Georgia with intent to engage in conduct that constitutes a violation of Title 18, United States Code, Section 922(a)(1)(A), and acquired at least one firearm in furtherance of a violation of Title 18, United States Code, Section 922(a)(1)(A), all in violation of Title 18, United States Code, Section 924(n).

### Count Five

On or about October 11, 2023, in the Northern District of Georgia, the defendant, SOURIVAHN ED PHONTHEPSONE, then being an alien who was illegally and unlawfully in the United States, did knowingly possess at least one firearm in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5)(B).

## Forfeiture

Upon conviction of any of the offenses alleged in Counts One through Five of this Indictment, the defendants, SOURIVAHN ED PHONTHEPSONE and LUCIA MARTINEZ-SOLIS, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offenses.

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States of America shall be entitled to forfeiture of substitute property,

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A ___True___ BILL

___/s/___
FOREPERSON

RYAN K. BUCHANAN
 United States Attorney

*Annalise K. Peters*
ANNALISE K. PETERS
 Assistant United States Attorney
Georgia Bar No. 550845

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181