U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 07 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2023R00903)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:23CR-357

MAGISTRATE CASE NO.

X Indictment                     Information                    Magistrate's Complaint
DATE: November 7, 2023           DATE:                          DATE:

UNITED STATES OF AMERICA         SUPERSEDING INDICTMENT
vs.                              Prior Case Number:
SOURIVAHN ED PHONTHEPSONE        Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?    X Yes   No
Is the defendant in custody on this charge or other conviction?   On this charge
Is the defendant awaiting trial on other charges?   Yes   X No
    Other charges:
    Name of institution:

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Annalise Peters
Defense Attorney: